UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHELLEY ADAMS, ANNA SERRAO, DONALD ORLANDO, ANTHONY INZERO, GEORGE AKERLY and NILDA ORTIZ, : : : : : Plaintiffs : V. : : PROSPECT MORTGAGE LLC, : : : Defendant. : | CASE NO. 3:13CV581 (DJS) |

## JUDGMENT

This action having come on for consideration of the parties' joint motion for settlement approval doc. # [44] before the Honorable Dominic J. Squatrito, United States District Judge,  and

The Honorable Dominic J. Squatrito having considered the motion and full record of the case including applicable principles of law issued a Memorandum of Decision and Order doc. # [47] granting the joint motion for settlement approval; it is therefore

ORDERED, ADJUDGED AND DECREED that judgment enter in accordance with the provisions of the parties' settlement agreements doc. #[44-1] and the Court's Memorandum of Decision and Order of January 7, 2015.

Dated at Hartford, Connecticut, this 8th day of January, 2015.

ROBERTA  D. TABORA, Clerk

By__/s/_TG_____
     Terri Glynn
     Deputy Clerk

EOD: 1/8/15